# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBERT FREDERICK TAYLOR,

:

    Petitioner,                                      Case No. 3:09-cv-283

:          District Judge Thomas M. Rose

   -vs-                                         Magistrate Judge Michael R. Merz

WARDEN, Madison Correctional
  Institution,

:

    Respondent.

---

**ORDER WITHDRAWING REPORT AND RECOMMENDATIONS AND REQUIRING PETITIONER TO FILE AN AMENDED PETITION; INSTRUCTION TO THE CLERK**

---

       This is a habeas corpus case is before the Court on Petitioner's Objections (Doc. No. 4) to the Magistrate Judge's Report and Recommendations (Doc. No. 3), recommending that the Petition be dismissed as barred by the statute of limitations because Petitioner was sentenced in 2002. The General Order of Reference for the Dayton location of court permits a magistrate judge to reconsider decisions or reports and recommendations when objections are filed.

       Petitioner now says he is seeking habeas corpus relief from his re-sentencing in August, 2008, in which he appears to claim that the Common Pleas Court added a term of three years of post-release control to his sentence. If indeed this is a new sentence, embodied in a new judgment, then the Petition might not be barred by the statute of limitations. If, on the other hand, all Judge Langer did in August, 2008, was to advise Petitioner orally of a consequence of conviction which had already existed as part of the original sentence, then the statute of limitations would have run. The

Court was confused by the original Petition because it appeared to assert Petitioner was innocent of the original charges and contained many religious statements.

The original Report and Recommendations is WITHDRAWN. The Clerk is ordered to furnish Petitioner with a blank copy of the standard § 2254 form for petition and Petitioner is ordered to file an amended petition on that form, providing all of the information requested. Petitioner is further ordered to refrain from making faith statements in the body of the Petition as they are not relevant to the question of whether his conviction is unconstitutional, which is the only basis on which this Court can grant habeas corpus relief.

August 6, 2009.

s/ **Michael R. Merz**
United States Magistrate Judge