# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Robert Taylor,

        Petitioner,                Case No. 3:09-cv-283

                          District Judge Thomas M. Rose
    -vs-                       Magistrate Judge Michael R. Merz

Warden, Madison Correctional Institution,
et al.

        Respondents.

## ORDER OF REFERENCE

        Upon unanimous consent of the parties hereto, and pursuant to 28 U.S.C. §636(c), the above-captioned action is hereby referred to United States Magistrate Judge Michael R. Merz for all further proceedings herein, including trial, the entry of judgment, and all post-trial proceedings.

October 6, 2009.                                           *S/THOMAS M. ROSE

                                                              Thomas M. Rose
                                                      United States District Judge